# United States Court of Appeals
## For the First Circuit

No. 19-1266

ALVARO ABIGAIL RIVERA-MELGAR,

Petitioner,

v.

PAMELA J. BONDI, Attorney General,

Respondent.

**ORDER OF COURT**

Entered: September 4, 2025
Pursuant to 1st Cir. R. 27.0(d)

Construed as a motion for leave to file the status report instanter, Petitioner Alvaro Abigail Rivera-Melgar's August 27, 2025 motion is granted, and the status report is accepted for filing this day. The next status report is to be filed by **November 25, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Surell Brady
Matt A. Crapo
Tracie Nicole Jones
OIL
Robert Michael Warren