# United States Court of Appeals
## For the First Circuit

No. 19-1266

ALVARO ABIGAIL RIVERA-MELGAR,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General,

Respondent.

### ORDER OF COURT

Entered: July 7, 2026
Pursuant to 1st Cir. R. 27.0(d)

Construed as a motion for leave to file the status report instanter, Petitioner Alvaro Abigail Rivera-Melgar's July 1, 2026 motion is granted, and the status report is accepted for filing this day. The next status report is to be filed by **October 5, 2026.**

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Robert M. Warren
Surell Brady
Tracie Nicole Jones
Matt A. Crapo
OIL